IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARCUS BACA,**

    **Plaintiff,**

**vs.**                                                      **Civil No. 09-479 CG/RLP**

**VALENCIA REGIONAL EMERGENCY
COMMUNICATIONS CENTER,**

    **Defendant.**

### ORDER

The matter before the court is Defendant's Motion to Compel (Docket No. 17), filed October 16, 2009. Plaintiff has not filed a response to the motion, nor has he requested additional time to respond or filed a motion for protective order. Pursuant to D.N.M. LR-Civ.7.1(a), Plaintiff has consented to the Motion.

The court **FINDS** that Defendant's Motion to Compel is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff shall fully answer the Interrogatories and fully respond to the Requests for Production served on him by Defendant on or about August 12, 2009.

**IT IS FURTHER ORDERED** that Plaintiff shall provide his Answers to Interrogatories and Responses to Requests for Production on or before **November 27, 2009.**

**IT IS FURTHER ORDERED** that Defendant's request for fees and costs incurred in connection with seeking this Order is taken under advisement.

**IT IS SO ORDERED.**

                                                                                 Richard L. Puglisi
                                                                    United States Magistrate Judge